■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD AUSTIN, Appellant. [794 NYS2d 910]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered June 2, 2004, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT CHRISTIE, Appellant. [794 NYS2d 911]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered August 2, 2002, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Douglass, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The defendant contends that it was reversible error for the hearing court to deny that branch of his omnibus motion which was to suppress identification testimony. Any error in the admission of the testimony regarding the showup that followed the defendant's brief detention was harmless beyond a reasonable doubt in light of the overwhelming evidence of the defendant's guilt, which included the in-court identification of the defendant by two eyewitnesses (*see People v Harris*, 80 NY2d 796, 798 [1992]; *People v Owens*, 74 NY2d 677, 678 [1989]; *People v Dell*, 11 AD3d 631, 632 [2004], *lv denied* 4 NY3d 762 [2005]). Adams, J.P., Krausman, Rivera and Fisher, JJ., concur.